UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
Eastern Division

New Medium Technologies LLC, et al.
                              Plaintiff,

v.                                                       Case No.: 1:05−cv−05620
                                                                     Honorable Amy J. St. Eve

Barco NV, et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, March 28, 2007:

      MINUTE entry before Judge Jeffrey Cole :Magistrate Judge Status hearing held and continued to 3/30/2007 at 09:30 AM. Defendant Toshiba shall comply, by 3/30/2007, with the Rule 30(b)(6) notice by designating by name, title, topic, the witnesses who will be testifying in Irvine California and New Jersey as well as the several witnesses whom Toshiba proposes should be allowed to testify in Japan. The designation shall also include for the the latter group of witnesses their title,the topic on which they will be testifying, and shall detail when in the last 18 months they have been anywhere in the United States on business, including where they stayed, and how long the business trips lasted. One witness, by agreement, will be deposed in Irvine, California and one witness will be deposed in New Jersey at a place to be mutually agreed upon by the parties. Defendant Toshiba's oral motion for an extension of time to 4/6/2007 to file its response to the motion to compel is granted. Reply is due 4/13/2007.Advised in open court (jms, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.