# Exhibit 8

**Klughart Engineering, Inc./The Patent Engineer(sm)**

Kevin Mark Klughart, PhD,PE,JD,MIP
2516 Lillian Miller Parkway, Suite 115
Denton, TX 76210-7205
tel: (940) 243-9200 / fax: (940) 243-9201

# Invoice

| TO |
|---|
| J. Carl Cooper |
| Technology Licensing Corporation |
| 110 Knowles Drive |
| Los Gatos, CA 95032-1828 |

| P.O. NO. | TERMS | DUE DATE | REP | PROJECT | DATE | INVOICE # |
|---|---|---|---|---|---|---|
| 5424780 | Net 30 | 8/22/2001 | KMK | | 7/23/2001 | 2001072301 |

| DATE | ITEM | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 7/19/2001 | E-mail | Send/Receive e-mail | 0.25 | 300.00 | 75.00 |
| 7/19/2001 | E-mail | Send/Receive e-mail | 0.25 | 300.00 | 75.00 |
| 7/19/2001 | Contact | Telephone Consult Contact (minimum) | | 75.00 | 75.00 |
| 7/22/2001 | Memo | Patent Memo/Letter | 8 | 300.00 | 2,400.00 |
| 7/23/2001 | Memo | Patent Memo/Letter | 8.75 | 300.00 | 2,625.00 |
| 7/23/2001 | Contact | Telephone Consult Contact (minimum) | | 75.00 | 75.00 |
| 7/24/2001 | Premail | Premail patent preparation | 1.5 | 300.00 | 450.00 |
| 7/24/2001 | Post Office | Postal Delivery | | 300.00 | 300.00 |
| 7/24/2001 | ExpMail | Express Mail | 2 | 16.25 | 32.50 |
| 7/24/2001 | Priority | Priority Mail - Flat Rate | | 3.50 | 3.50 |
| | | Out-of-state sale, exempt from sales tax | | 0.00% | 0.00 |

**Total** $6,111.00

TL 081919