# Exhibit 9

**NOT FILED ELECTRONICALLY**

# FILED UNDER SEAL

**TO DECLARATION OF EDWARD K. RUNYAN IN SUPPORT OF BARCO NV's MOTION FOR SUMMARY JUDGMENT OF UNENFORCEABILITY FOR INEQUITABLE CONDUCT**

Attached hereto as Exhibit 9 is a true and correct copy of an invoice from Mr. Klughart's to Mr. Cooper for an estimate of proposed work to be done, bearing production numbers TL 082325.

.