# Exhibit 10

**NOT FILED ELECTRONICALLY**
# FILED UNDER SEAL

**TO DECLARATION OF EDWARD K. RUNYAN IN SUPPORT OF BARCO NV's MOTION FOR SUMMARY JUDGMENT OF UNENFORCEABILITY FOR INEQUITABLE CONDUCT**

Attached hereto as Exhibit 10 is a true and correct copy of an invoice from Mr. Klughart to Mr. Cooper for work performed on January 16-February 16, 2001, regarding three patents as they pertain to a product, and a true and correct copy of a check dated March 23, 2001 payable to Klughart Engineering from Technology Licensing Corporation, one of the plaintiffs in this case, production numbers TL 082312-2314.

.