# Exhibit 15

**NOT FILED ELECTRONICALLY**
# FILED UNDER SEAL

**TO DECLARATION OF EDWARD K. RUNYAN IN SUPPORT OF BARCO NV's MOTION FOR SUMMARY JUDGMENT OF UNENFORCEABILITY FOR INEQUITABLE CONDUCT**

Attached hereto as Exhibit 15 is a true and correct copy of the July 31, 2001 invoice from Jerry B. Torrance, Jr. to Mr. Carl Cooper.

.