# Exhibit 16

**EPSTEIN ASSOCIATES**

P.O.B. 400
Wilmette, IL 60091-0400, U.S.A.
Phone:1 630 564-9292    www.k9ape.com
FAX:1 847 853-9293    K9APE®

# Invoice

| Date | Invoice # |
|---|---|
| 7/23/2001 | A1014 |

PAID

| Bill To | Ship To |
|---|---|
| Pixel Instrument Systems<br>J. Carl Cooper<br>110 Knowles Drive<br>Los Gatos, CA 95032-1828 | Pixel Instrument Systems<br>J. Carl Cooper<br>110 Knowles Drive<br>Los Gatos, CA 95032-1828 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 7/23/2001 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Service | USPTO Declaration Under 37 C.F.R. 1.132 per our Proposal of 19 JUL 2001 | 5,000.00 | 5,000.00 |
| | | Sales Tax | 7.75% | 0.00 |

**Total** $5,000.00