Exhibit 17

*Attachment R1-4*

**ORIMP, Inc.**
P. O. Box 2529
Cupertino, California
95015 - 2529

Tel: (408) 996 - 7467

To:

**The Chatham Group**
101 First Street, Suite 477
Los Altos, CA 94022

# INVOICE

**Invoice No.:** ...............0108001-192
**Customer No.:** ...........9107
**Invoice Date:** .............08/01/2001
**P/O No.:** .........................N/A
**Attn:** ........................,Jerry A. Klein
**Terms:** ..........................Net 30 days

| # | Description | Rate | Hours | Amount |
|---|-------------|------|-------|--------|
| 1 | Preparation of declaration regarding Reexam No. 90/005,414, Patent No. 5,424,780 (Cooper), 7/21/2001 - 7/31/2001. | $150.00/hr | 28 hours | $4,200.00 |
| | LOG DETAIL: | | | |
| | 7/21/01   Patent review     4.00 hr | | | |
| | 7/22/01   Patent review     1.00 hr | | | |
| | 7/23/01   Conference call w/Cooper, Klein     0.75 hr | | | |
| | 7/24/01   Preparation of revision 1 of declaration     6.00 hr | | | |
| | 7/25/01   (continued) Preparation of revision 1 of declaration; conference call with Cooper, Klein     5.75 hr | | | |
| | 7/26/01   Preparation of revision 2 of declaration     0.50 hr | | | |
| | 7/28/01   (continued) Preparation of revision 2 of declaration     1.00 hr | | | |
| | 7/29/01   Literature search and preparation of revision 3 of declaration     6.00 hr | | | |
| | 7/30/01   Preparation of (final) revision 4 of declaration     2.00 hr | | | |
| | 7/31/01   Completed preparation of revision 4 of declaration     1.00 hr | | | |
| | TOTAL HOURS: 28 hours | | | |
| 2 | Adjustment | ($150.00hr) | 6 hours | ($900.00) |

| | Total Due: | $3,300.00 |
|---|-----------|-----------|

rec'd 8/7/01
b/s