

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NEW MEDIUM LLC, AV TECHNOLOGIES LLC,   )
J. CARL COOPER, PIXEL INSTRUMENTS       )
CORPORATION, IP INNOVATION               )
LLC, and TECHNOLOGY LICENSING        )   No. 05 C 5620
CORPORATION                           )
                                   )   Judge Richard A. Posner
            Plaintiffs,       )   Magistrate Judge Cole
vs.                            )
                                   )
BARCO N.V., MIRANDA TECHNOLOGIES,   )
and SYNTAX-BRILLIAN CORPORATION,    )
                                   )
           Defendants.      )

## JUDGMENT

Final Judgment is entered by the Court as follows:

1.    All claims and counterclaims of the parties, New Medium LLC, AV Technologies LLC, J. Carl Cooper, Pixel Instruments Corporation, IP Innovation LLC, Technology Licensing Corporation (collectively, "Plaintiffs") and Barco N.V. ("Barco") with respect to United States Patent Nos. 5,550,594, 5,946,049, 6,141,057, 6,392,707, 6,469,741, 6,989,869, 4,573,070, 4,803,547, 5,424,780 and 6,529,637 are hereby dismissed and/or denied with prejudice, including any existing or post-judgment claims for sanctions or attorneys' fees.

2.    By agreement of the parties, the Court vacates its Order of October 16, 2008 (Docket 857) declaring United States Patents Nos. 5,424,780 and 6,529,637 unenforceable.

3.     All claims and counterclaims made with respect to Plaintiffs and Defendant Syntax-Brillian remain for final adjudication, but are stayed under 11 U.S.C. § 362.

4.     Plaintiffs and Barco shall each bear their own attorneys' fees and no costs are taxed against any party.  Further, any claims for sanctions and/or attorneys' fees are denied.

Entered: _May 15, 2009_

_Richard A. Posner_

Richard A. Posner
United States Circuit Judge,
sitting by designation